AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

(1) KATELYNNE MCCLURE, AND
ON BEHALF OF;
(2) B.C.M.E., A MINOR CHILD,

*Plaintiff(s)*

v.

(1) DOUG SPENCER;
(2) JENNIFER SWARER; and
(3) DOUG WALLS;

*Defendant(s)*

Civil Action No. 4:25-cv-00373-MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Doug Walls
1520 N. 193rd E. Pl
Catoosa, OK 74015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Isaiah Parsons, OBA #31181
Charles Graham, OBA #17286
Matthew Day, OBA #31033
PARSONS, GRAHAM & DAY, LLC
525 South Main Street, Suite 300
Tulsa, Oklahoma 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Heidi D. Campbell

Date: 10/10/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00373-MTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Doug Walls

was received by me on *(date)* 10/17/2025 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Ashley Walls 1:09 PM

at: 10905 E 124th St N, Collinsville, OK 74021 , a person of suitable age and discretion who resides there,

on *(date)* 10/18/2025 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________________

______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: Other Documents that were served: Complaint and Notice of Assignment of Case to a United States Magistrate Judge and Declination of Consent Form

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/20/2025

[signature]

*Server's signature*

Claudia Dohn Processor Server

*Printed name and title*

1732 Southwest Blvd.
Tulsa, OK 74107

*Server's address*

Additional information regarding attempted service, etc: