**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KATELYNNE MCCLURE, on behalf of B. C. M. E., a minor child,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 25-CV-373-MTS** |
| **DOUG SPENCER, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is the above-captioned case in which the parties have appeared. On November 6, 2025, Defendants Doug Spencer and Doug Walls filed a Motion to Stay All Proceedings and Tax Costs Per F.R.C.P. 41(d) and Brief in Support. (Docket No. 13). On December 16, 2025, Plaintiff filed a Suggestion of Death Upon Record (Docket No. 19) for Defendant Jennifer Swarer pursuant to Federal Rule of Civil Procedure 25(a)(1). Under these circumstances, the Court finds that submission of a Partial Joint Status Report, in the form attached to this Order, will serve the just, speedy, and inexpensive determination of this action by the appropriate judicial officer.

**IT IS THEREFORE ORDERED** that no later than March 30, 2026, the parties shall file a Partial Joint Status Report in the form attached to this Order.

**IT IS SO ORDERED** this 20th day of March, 2026.

MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ,<br>Plaintiff,<br>vs.<br><br>,<br>Defendant. | Case No.:<br><br>**PARTIAL JOINT STATUS REPORT (FOR CASES WITH A PRESIDING MAGISTRATE JUDGE)** |

**VIII. Do all parties consent to trial before the assigned magistrate judge?** Yes No

If you mark "yes", you will be deemed to have knowingly and voluntarily consented to the jurisdiction of the assigned United States Magistrate Judge without the necessity for the filing or submission of any other documentation. The United States Magistrate Judge will exercise complete jurisdiction over this case through and including trial and the entry of a final judgment in accordance with 28 U.S.C. §636(c)(1) and Fed. R. Civ. P. 73(a).

If you mark "no" the case will immediately be reassigned to a United States District Judge.

Attorney for Plaintiff (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

Attorney for Defendant (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):