**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

(1) KATELYNNE McCLURE, AND ON BEHALF OF;
(2) B.C.M.E., a MINOR CHILD,

Plaintiffs,

vs.

(1) DOUG SPENCER, Individually as Captain of the Police Department of City of Catoosa, Oklahoma;
(2) JENNIFER SWARER, Individually as Sergeant of the Police Department of City of Catoosa, Oklahoma; AND
(3) DOUG WALLS, Individually as an Officer of the Police Department of City of Catoosa, Oklahoma,

Defendants.

Case No. 25-CV-373-MTS

**DEFENDANTS' NOTICE OF PAYMENT**

COME NOW Defendants, pursuant to this Court's Order (Doc. 25), and advise the Court that on July 8, 2026, Plaintiff paid to Defendants the full amount of fees and costs set forth in the Court's Order.

Respectfully submitted,

BEST & SHARP

*s/ Thomas A. LeBlanc*
Thomas A. LeBlanc, OBA #14768
Seth H. Tidwell, OBA #36836
15 E. 5th Street, Suite 2100
Tulsa OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
tleblanc@bestsharp.com
stidwell@bestsharp.com

*Attorneys for Defendants,*

*Doug Spencer, Individually as Captain of the Police Department of City of Catoosa, Oklahoma; and Doug Walls, Individually as an Officer of the Police Department of City of Catoosa, Oklahoma*

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of July, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Isaiah Parsons, OBA #31181
Charles Graham, OBA 17286
Matthew Day, OBA #31033
Parsons, Graham & Day, LLC
525 South Main Street, Suite 300
Tulsa, OK 74103
Telephone: (918) 307-1529
Facsimile: (918) 514-8093
Email: pgdokc@gmail.com

*Attorney for Plaintiffs*

Lawrence W. Zeringue, OBA #9996
Lawrence W. Zeringue, P.C.
525 South Main Street, Suite 312
Tulsa, OK 74103
Telephone: (918) 574-8488
Email: larry@lwzeringuepc.com

*Attorney for Plaintiffs*

*s/ Thomas A. LeBlanc*